CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br>     Plaintiff, <br> v. <br><br> **1331 W. Washington Partners**, a California Limited Partnership; **Bernard Perloff and 1329 Abbott Kinney, Inc.**, a California Corporation; and Does 1-10, <br><br>     Defendants. | **Case No**. 2:20-CV-02362-PSG-KS <br><br> **Notice of Motion and Motion to Enforce Settlement** <br><br> **Date:**     October 26, 2020 <br> **Time:**    1:30 p.m. <br> **Courtroom:** 6A <br> **District Judge:** Hon. Philip S. Gutierrez |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on at 1:30 p.m. on October 26, 2020, in Courtroom 6A of the above-entitled court, or as soon thereafter as the Court may hear it, Plaintiff Brian Whitaker will and hereby does move this Court for an Order relieving the dismissal without prejudice and compelling Defendants 1331 W. Washington Partners and Bernard Perloff and 1329 Abbott Kinney, Inc., to perform the terms of the Settlement Agreement as entered into by the parties on or about May 11, 2020.

This motion is based on this Notice, the Declaration of Amanda Seabock, attached exhibits thereto, the Memorandum of Points and Authorities, and any additional evidence or oral argument as may be presented at the time of hearing.

Dated: August 11, 2020         CENTER FOR DISABILITY ACCESS

By: __/s/ Amanda Seabock__
     Amanda Seabock, Esq.
     Attorneys for Plaintiff