```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  10/15/2020

          CENTRAL DISTRICT OF CALIFORNIA
          BY:       WH        DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,** | **Case No.** 2:20-CV-02362-PSG-KS |
| Plaintiff, | |
| v. | [PROPOSED] **Order** |
| **1331 W. Washington Partners**, a California Limited Partnership; **Bernard Perloff and 1329 Abbott Kinney, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

Having read the Plaintiff's motion, and for good cause shown, the Court GRANTS the request. The Order of dismissal is relieved and judgment is to be entered against Defendants in favor of Plaintiff per their agreement.

Defendants shall pay to Plaintiff $10,000.

1

1 | Defendants shall provide a lowered, accessible sales counter, and paths of tracel at their facility in compliance with 2010 ADA Accessibility Guidelines and Title 24 of the California Code of Regulations.

IT IS SO ORDERED.

Dated: 10/15/2020

By: *(signature)*
HON. PHILIP S. GUTIERREZ
United States District Court Judge