CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>1331 W. WASHINGTON PARTNERS, a California Limited Partnership; BERNARD PERLOFF and 1329 ABBOTT KINNEY, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:20-CV-02362-PSG-KS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants 1331 W. Washington Partners, a California Limited Partnership; Bernard Perloff and 1329 Abbott Kinney, INC., a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 20, 2020    CENTER FOR DISABILITY ACCESS

By:  /s/Amanda Seabock
      Amanda Seabock
      Attorney for Plaintiff